UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1- 93, <br><br> Defendants. | Case No.: <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S ORIGINAL COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Plaintiff Siemens Product Lifecycle Management Software Inc., by its attorneys, for and on behalf of its complaint against Defendants Does 1-93, hereby alleges as follows:

**PARTIES**

1. Plaintiff Siemens Product Lifecycle Management Software Inc. ("Siemens PLM" or "Plaintiff") is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of Texas.

2. The true names and capacities of the Defendants Does 1-93 are unknown to Plaintiff at this time.  Each Defendant is known to Plaintiff only by the Internet Protocol ("IP") address assigned to that Defendant by his or her Internet Service Provider (ISP) on the date and time at which the infringing activity of each Defendant was observed.  Plaintiff believes that information obtained in discovery, including through discovery from the ISP, will lead to the identification of each Defendant's true name.  Upon learning of the specific identity of each Defendant, Plaintiff may move to substitute the named parties or otherwise amend the

Complaint.

## JURISDICTION AND VENUE

3. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101, *et seq*.).

4. This Court has jurisdiction of this action pursuant to 17 U.S.C. § 101, *et seq*.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

5. Venue (and personal jurisdiction) in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. § 1400(a). Although the true identify of the Defendants is unknown to Plaintiff at this time, on information and belief, the Defendants may be found in this District and/or a substantial part of the acts of infringement complained of herein may have occurred in this District and/or each Defendant, without consent or permission of the copyright owner, Plaintiff, may have purposefully availed themselves of the services of an Internet Service Provider ("ISP") located in this District in order to illegally download and/or use from the Internet copyrighted works owned by the Plaintiff and/or in connection with a computer implicated in the Defendants' infringing acts.

## FIRST CAUSE OF ACTION
**(Infringement of Copyrights Against Does 1-93)**

6. Plaintiff incorporates herein by reference each and every allegation contained in each paragraph above.

7. Siemens PLM manufactures and distributes Product Lifecycle Management ("PLM") software, which allows companies to manage the entire lifecycle of a product efficiently and cost-effectively, from ideation, design and manufacture, through service and disposal. PLM software brings together computer-aided design ("CAD"), computer-aided

manufacturing ("CAM"), computer-aided engineering ("CAE"), product data management ("PDM") and digital manufacturing. By providing the application depth and breadth needed to digitally author, validate and manage the detailed product and process data, PLM supports innovation by its customers.

8.      NX 9, NX 10, and NX 11 (collectively "NX") software are among the PLM software products offered by Plaintiff. NX software offers the industry's broadest suite of integrated, fully associative CAD/CAM/CAE applications. NX touches the full range of development processes in product design, manufacturing and simulation, allowing companies to encourage the use of best practices by capturing and reusing product and process knowledge.

9.      Solid Edge software, including Solid Edge with Synchronous Technology (versions 3 through 7), is also among the PLM products offered by Plaintiff. Solid Edge is an industry-leading mechanical design system with exceptional tools for creating and managing 3D digital prototypes. Solid Edge modeling and assembly tools enable Plaintiff's customers' engineering teams to easily develop a full range of products, from single parts to assemblies containing many components. Tailored commands and structured workflows accelerate the design of features common in specific industries and ensure accurate fit and function of parts by designing, analyzing and modifying them within the assembly model. Solid Edge is a unique mainstream mechanical system that merges design management capabilities with the CAD tools that designers frequently use. With superior core modeling and process workflows, a unique focus on the needs of specific industries and fully integrated design management, Solid Edge helps guide projects toward an accurate design solution.

10.     Femap software, including Femap with NX NASTRAN 10, is another PLM product offered by Plaintiff. Femap is an advanced engineering simulation software program

that creates finite element analysis models of complex engineering products and systems, and displays solution results.  Femap can virtually model components, assemblies, or systems and determine the behavioral response for a given operating environment.  Using Femap's digital simulation capabilities, one can predict and improve product performance and reliability, reduce time-consuming and costly physical prototyping and testing, evaluate different designs and materials, and optimize designs and reduce material usage.

11. Siemens PLM software, including NX, Solid Edge, and Femap, constitutes and contains Siemens PLM's valuable intellectual property that has been developed over many years through the investment of substantial resources.  To protect its rights and interests in its valuable software, including but not limited to its NX, Femap, and Solid Edge software, Siemens PLM obtains and registers copyrights to its works.  Siemens is, and at all relevant times has been, the copyright owner under United States copyright law with respect to certain copyrighted software including, but not limited to, the NX software and Solid Edge software (the "Copyrighted Software").  The Copyrighted Software is the subject of valid Copyright Registrations issued by the Register of Copyrights to Plaintiff.  A copy of the Certificate for Registration for Copyright Registration Number TXu 1-883-621, dated September 25, 2013, which covers the NX 9 software is attached hereto as Exhibit A.  A copy of the Certificate for Registration for Copyright Registration Number TXu 1-965-012, dated December 9, 2014, which covers the NX 10 software is attached as Exhibit B.  A copy of the Certificate for Registration for Copyright Registration Number TXu 2-022-251, dated August 9, 2016, which covers the NX 11 software is attached as Exhibit C.  A copy of the Certificate for Registration for Copyright Registration Number TXu 1-924-483, dated October 6, 2014, which covers the NX NASTRAN 10 software is attached as Exhibit D.  A copy of the Certificate for Registration for Copyright Registration

Number TXu 1-939-173, dated January 15, 2015, which covers the Femap 11 software is attached as Exhibit E. A copy of the Certificate for Registration for each of Copyright Registration Numbers TXu 1-724-134, TXu 1-786-233, TXu 1-825-344, TXu 1-876-437, and TXu 1-915-713, each covering Solid Edge software, is attached hereto as Exhibits F-J, respectively.

12. Plaintiff has placed proper notices of copyright pursuant to 17 U.S.C. § 401 on the Copyrighted Software.

13. Among the exclusive rights granted to Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Software and to distribute the Copyrighted Software to the public.

14. Plaintiff is informed and believes that each Defendant, without permission or consent of Plaintiff, has used, and continues to use, a computer with an Internet connection to download and/or use certain of the Copyrighted Software. In doing so, each Defendant has violated Plaintiff's exclusive rights of reproduction and/or distribution. Each Defendant's actions constitute infringement of Plaintiff's copyrights and/or exclusive rights under copyright.

15. Plaintiff is informed and believes that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiff.

16. As a result of each Defendant's infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. §§ 502 and 503.

17. As a result of each Defendant's infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is entitled to actual damages according to proof.

18. As a result of each Defendant's infringement of Plaintiff's copyrights and

exclusive rights under copyright, Plaintiff is entitled to an accounting of each Defendant's use and/or downloading of the Copyrighted Software and an accounting and recovery of revenues and profits obtained by each Defendant by or through such use and/or downloading of such software.

19. As a result of each Defendant's infringement of Plaintiff's copyrights and exclusive rights under copyright, including willful and intentional infringement, Plaintiff is also entitled to enhanced damages and recovery of its attorneys' fees and costs.

20. As a result of each Defendant's infringement of Plaintiff's copyrights and exclusive rights under copyright, Plaintiff is also entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiff's copyrights, and ordering that each Defendant destroy all copies of copyrighted software made in violation of Plaintiff's exclusive rights.

## DEMAND FOR JURY TRIAL

Plaintiff Siemens Product Lifecycle Management Software Inc. hereby demands a trial by jury on all triable issues.

WHEREFORE, Plaintiff prays for judgment against each Defendant as follows:

1. For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiff's rights under federal or state law in the Copyrighted Software, whether now in existence or later created, that is owned or controlled by Plaintiff (or any parent, subsidiary, or affiliate of Plaintiff) ("Plaintiff's Software"), including without limitation by using and/or downloading any of Plaintiff's Software, except pursuant to a lawful license or with the express authority of Plaintiff. Each Defendant also shall destroy all copies of Plaintiff's Software that the Defendant has used and/or downloaded onto any

computer hard drive or server without Plaintiff's authorization and shall destroy all copies of that downloaded software transferred onto any physical medium or device in Defendant's possession, custody, or control."

2. For statutory damages for each infringement of each Copyrighted Software pursuant to 17 U.S.C. § 504;

3. For actual damages according to proof;

4. For an accounting of the use and/or download by each Defendant of the Copyrighted Software;

5. For an accounting of any revenues and profits realized by or through each Defendant's use and/or download of the Copyrighted Software;

6. For enhanced damages;

7. For Plaintiff's costs in this action;

8. For Plaintiff's reasonable attorneys' fees incurred herein; and

9. For such other and further relief as the Court may deem just and proper.

DATED this the 13th day of June 2017.

    */s/ Andrew Bluebond*_____
    Andrew J. Bluebond – Lead Attorney
    Texas Bar No. 24092147
    S.D. Tex. No. 3019955
    Robert R. Riddle
    Texas Bar No. 24035495
    S.D. Tex. No. 1553007
    Reed Smith, LLP
    811 Main Street, Suite 1700
    Houston, TX 77002-6110
    abluebond@reedsmith.com
    rriddle@reedsmith.com
    Telephone: +1 713 469 3800
    Facsimile: +1 713 469 3899

    *Counsel for Plaintiff*
    *Siemens Product Lifecycle Management Software Inc.*