# EXHIBIT B

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
# TXu 1-965-012
**Effective Date of Registration:**
December 09, 2014

## Title

**Title of Work:**   NX 10

## Completion/Publication

**Year of Completion:**   2014

## Author

- **Author:** Siemens Product Lifecycle Management Software Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:**   Siemens Product Lifecycle Management Software Inc.
5800 Granite Parkway, Suite 600, Plano, TX, 75024, United States

## Limitation of  copyright claim

**Material excluded from this claim:**   computer program

**New material included in claim:**   computer program

## Rights and Permissions

**Organization Name:**   Siemens Product Lifecycle Management Software Inc.
**Name:**   Allen Scott Lineberry
**Email:**   trademarks@ugs.com
**Telephone:**   (972)987-3211
**Address:**   5800 Granite Parkway, Suite 600
Plano, TX 75024 United States

## Certification

**Name:**   Allen Scott Lineberry
**Date:**   December 09, 2014

**Correspondence:**   Yes