United States District Court
Southern District of Texas
**ENTERED**
September 29, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1- 93, <br><br> Defendants. | Case No.: 4:17-cv-01796 <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO EXTEND TIME FOR PLAINTIFF TO SERVE DEFENDANTS

Before the Court is Plaintiff's Motion to Extend Time for Plaintiff to Serve Defendants and Extend Time to Comply with Rule 26(f) (the "Motion"). Good cause has been shown by Plaintiff for the extension of the deadline. Therefore, Plaintiff's Motion should be, and is hereby, GRANTED. Accordingly, the deadline for Plaintiff to serve Defendants pursuant to Fed.R.Civ.P. 4(m) is extended to December 11, 2017.

Signed the 29th day of September, 2017.

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate