United States District Court
Southern District of Texas
**ENTERED**
October 25, 2017
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1- 93, <br><br> Defendants. | Case No.: 4:17-cv-01796 <br><br> JURY TRIAL DEMANDED |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff's Notice of Dismissal with Prejudice. Plaintiff Siemens Product Lifecycle Management Software Inc. voluntarily dismisses, with prejudice, all claims against Doe 44 (IP address 104.35.235.204), Doe 62 (IP address 172.112.194.43), Doe 74 (IP address 76.189.78.96) and Doe 93 (IP address 76.184.101.248) ("Defendants") in the above-captioned action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendants have not filed an answer or motion for summary judgment. Accordingly, it is hereby

**ORDERED** that Doe 44 (IP address 104.35.235.204), Doe 62 (IP address 172.112.194.43), Doe 74 (IP address 76.189.78.96) and Doe 93 (IP address 76.184.101.248) are **DISMISSED** with prejudice.

**SO ORDERED AND ADJUDGED** this the 25 day of Oct, 2017.

_____
UNITED STATES DISTRICT JUDGE