UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1- 93, <br><br> Defendants. | Case No.: 4:17-cv-01796 <br><br> JURY TRIAL DEMANDED |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff's Notice of Dismissal With Prejudice. Plaintiff Siemens Product Lifecycle Management Software Inc. voluntarily dismisses, with prejudice, all claims against Doe 30 (IP address 76.168.189.253), Doe 44 (IP address 104.35.235.204), Doe 62 (IP address 172.112.194.43), Doe 66 (IP address 184.91.135.98), Doe 74 (IP address 76.189.78.96), Doe 93 (IP address 76.184.101.248) ("Defendants") in the above-captioned action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendant has not filed an answer or motion for summary judgment. Accordingly, it is hereby

**ORDERED** that Doe 30 (IP address 76.168.189.253), Doe 44 (IP address 104.35.235.204), Doe 62 (IP address 172.112.194.43), Doe 66 (IP address 184.91.135.98), Doe 74 (IP address 76.189.78.96), Doe 93 (IP address 76.184.101.248) are **DISMISSED** with prejudice.

**SO ORDERED AND ADJUDGED** this the ____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE