**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., <br><br>       Plaintiff, <br><br> v. <br><br> DOES 1- 93, <br><br>       Defendants. | Case No.: 4:17-cv-01796 <br><br> JURY TRIAL DEMANDED |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Siemens Product Lifecycle Management Software Inc., having defended its intellectual property rights by availing itself of the Court's expedited discovery procedures, hereby voluntarily dismisses, WITHOUT PREJUDICE, all claims against Does 1-93 ("Defendants") in the above-captioned action. This Notice shall not affect any previous dismissals in this action, whether they were made with or without prejudice. As required by Rule 41(a)(1)(A)(i), this Notice has been filed before service by Defendant of an answer or a motion for summary judgment.

DATED this the 22nd day of December, 2017.

> */s/ Andrew Bluebond*_____
> Andrew Bluebond – Lead Attorney
> Texas Bar No. 24092147
> S.D. Tex. No. 3019955
> Robert R. Riddle
> Texas Bar No. 24035495
> S.D. Tex. No. 1553007
> Reed Smith, LLP
> 811 Main Street, Suite 1700
> Houston, TX 77002-6110
> ABluebond@reedsmith.com
> RRiddle@reedsmith.com
> Telephone: +1 713 469 3800
> Facsimile: +1 713 469 3899
>
> *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that the above document was served via the Court's CM/ECF system to all counsel of record on December 22, 2017, pursuant to LR5.3.

/s/ Andrew Bluebond_____
Andrew Bluebond