United States District Court
Southern District of Texas
**ENTERED**
December 28, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1- 93, <br><br> Defendants. | Case No.: 4:17-cv-01796 <br><br> JURY TRIAL DEMANDED |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff has filed a Notice of Dismissal Without Prejudice against Does 1 – 100 (Dkt. No 64). In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Complaint has been **DISMISSED WITHOUT PREJUDICE.** This Notice shall not affect any previous dismissals in this action, whether they were made with or without prejudice. Accordingly, the Clerk is directed to **CLOSE** the case and terminate all other motions pending in this matter.

**SO ORDERED AND ADJUDGED** this the 28th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE